AZALEE WILLIS et al., Appellants, *v.* BURNEL PATTERSON et al., Respondents.

Submitted November 20, 1946; decided January 9, 1947.

810

*Clark B. Bassett* for appellants.

*Francis J. Janik* and *Louis Pelowski* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.